# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT KNOXVILLE

## NOVEMBER 1997 SESSION



**FILED**

December 16, 1997

**Cecil Crowson, Jr.**
Appellate Court Clerk

| | |
|---|---|
| **GREGG BAILEY,** | ) |
| | ) C.C.A. No.  03C01-9701-CR-00026 |
| Appellant, | ) |
| | ) Sullivan County |
| V. | ) |
| | ) Honorable Frank L. Slaughter, Judge |
| | ) |
| **STATE OF TENNESSEE,** | ) |
| | ) (Post-Conviction) |
| Appellee. | ) |

FOR THE APPELLANT:

Gregg Bailey, <u>Pro</u> <u>Se</u>
Route 1, TCIP, Annex
Only, TN 37140

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter

Timothy F. Behan
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN 37243-0493

H. Greeley Wells, Jr.
District Attorney General

Robert Montgomery
Assistant District Attorney General
P.O. Box 526
Blountville, TN 37617-0526

OPINION FILED: _____

**AFFIRMED**

**PAUL G. SUMMERS,**
Judge

# O P I N I O N

In 1981 the appellant, Gregg Bailey, was convicted by a jury of armed robbery and assault with the intent to commit second degree murder. On direct appeal his convictions and sentence were affirmed by this Court. Thereafter, the appellant filed a petition seeking post-conviction relief. This Court affirmed the dismissal of that petition. In 1996 the appellant filed his second petition for post-conviction relief alleging a double jeopardy violation. The trial court dismissed the petition on the ground that it was barred by the statute of limitations.

It is well settled that any petitioner whose judgment became final on or before July 1, 1986, had until July 1, 1989, to file a petition for post-conviction relief. State v. Masucci, 754 S.W.2d 90 (Tenn. Crim. App. 1988). Therefore, having filed his petition seven years after this deadline, the appellant's petition is time barred.

Accordingly, we find no error of law mandating reversal. The trial court's dismissal of the petition is affirmed in accordance with Tenn. R. Ct. Crim. App., Rule 20.

                                                    PAUL G. SUMMERS, Judge


CONCUR:

                                                    -3-


_____
JOSEPH B. JONES, Presiding Judge



_____
J. CURWOOD WITT, JR., Judge